**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martin Alberto Peralta,<br><br>               Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>               Defendants. | No. CV-22-2059-PHX-DGC-(MTM)<br><br>**ORDER** |

Pending before the Court is Plaintiff's pro se civil rights First Amended Complaint. Doc. 24. On November 21, 2023, Magistrate Judge Morrissey issued an Order stating, "no later than 45 days from the date of this Order, Plaintiff shall file a notice of substitution substituting the actual names of Defendant Jane/John Doe TSU CO II and Defendant Jane/John Doe Deputy Warden. Failure to do so may result in dismissal of these Defendants." Doc. 48. Plaintiff failed to do so. On January 9, 2024, Magistrate Judge Morrissey filed a report and recommendation recommending that Plaintiff's Amended Complaint be dismissed without prejudice as to Defendant Jane/John Doe TSU CO II and Defendant Jane/John Doe Deputy Warden pursuant to Fed. R. Civ. P. 41(b). Doc. 56. The time to file an objection has passed, and no objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

/ / /

/ / /

**IT IS ORDERED:**

1. The R&R (Doc. 56) is accepted.
2. Defendants Jane/John Doe TSU CO II and Jane/John Doe Deputy Warden are dismissed without prejudice.
3. The Clerk of Court is directed to terminated Defendants Jane/John Doe TSU CO II and Jane/John Doe Deputy Warden.

Dated this 27th day of February, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge